*Wesley C. Dudley, District Attorney* (*Guy B. Moore* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.

———————

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CHARLES N. PINKNEY et al., Appellants.

*People* v. *Pinkney*, 163 App. Div. 885, affirmed.
(Argued June 16, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 1, 1914, which affirmed a judgment of the Court of Special Sessions of the city of New York convicting the defendants of a violation of section 1199 of the Penal Law, which provides that "any person acting for himself or for others not having been specially licensed, as provided by law, by the superintendent of insurance, who solicits or procures, or aids in the solicitation or procurement of policies or certificates of insurance from, or adjusts losses or in any manner aids the transaction of any business for, any foreign insurance corporation, which has not executed and filed in the office of the super-

intendent of insurance, a written appointment of the superintendent to be the true and lawful attorney of such corporation in and for this state, upon whom all lawful process in any action or proceeding against the corporation may be served, is guilty of a misdemeanor."

*Isham Henderson* for appellants.

*Charles S. Whitman, District Attorney (Joseph W. Keller* and *James P. Conway* of counsel), for respondent.

Judgment of conviction affirmed on the ground that the record contains no exception sufficient to raise the principal question argued by the appellants; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.